FILED
United States Court of Appeals
Tenth Circuit

June 21, 2018

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

WARREN DOUGLAS VANN,

     Defendant - Appellant.

No. 18-7018
(D.C. No. 6:17-CV-00292-JHP)
(E.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **BRISCOE**, **HOLMES**, and **MATHESON**, Circuit Judges.
_____

Defendant-Appellant, Warren Douglas Vann, is in the custody of the Federal

Bureau of Prisons. Proceeding *pro se* in the United States District Court for the

Eastern District of Oklahoma, Mr. Vann filed a *Motion Under 28 U.S.C. §2255 to*

*Vacate, Set Aside or Correct Sentence by a Person in Federal Custody*. The district

court denied Mr. Vann's motion and refused to grant a certificate of appealability

("COA").

---

[*] After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination of
this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore
ordered submitted without oral argument. This order and judgment is not binding
precedent, except under the doctrines of law of the case, res judicata, and collateral
estoppel. It may be cited, however, for its persuasive value consistent with
Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Mr. Vann initiated this appeal, in which he has filed an opening brief that includes a request for a COA. Pursuant to Tenth Circuit Rule 22.1(B), the United States has not filed a response brief. In accordance with 28 U.S.C. § 2253(c), a COA is granted as to whether Mr. Vann is entitled to equitable tolling.

In addition, we VACATE the district court's judgment, and REMAND with instructions for the district court to conduct any further proceedings necessary to determine whether Mr. Vann is entitled to equitable tolling. The Clerk is directed to issue the mandate forthwith.

Entered for the Court

Per Curiam